UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-41915-399 |
| | ) | |
| Joshua Mandelberger, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Affidavit |

## **AFFIDAVIT**

I, Joshua Mandelberger, make the following statement under oath and penalty of perjury:

1. I did not personally draft the Form 122c-2 filed with my bankruptcy but rather my attorney completed this form with information that I provided to him.

2. At my 341 meeting the Trustee asked me a specific question regarding Line 22 and additional healthcare expenses. I did not know how to answer this question as I was not personally familiar that the specifics of this form to that degree.

3. My attorney did ask me how much per month that I spend on out-of-pocket healthcare costs and my answer to him was $366.66, of which $166.66 is from my flexible healthcare savings account which is payroll deducted and $200.00 is my out-of-pocket that I pay through my personal bank account, and these numbers are reflected on Schedules I and J accordingly.

4. My attorney has further advised me that the additional healthcare expense on Line 22 of form 122c-2 is my actual healthcare spending, $366.66, minus the IRS applicable healthcare expense on Line 7g of $68.00, leaving $298.66 as the number on Line 22.

5. I can therefore verify that the healthcare expenses on Line 7g and 22 of Form 122c-2 are in fact true and correct.

\_\_\_/s/ Joshua Mandelberger_____          \_\_August 30, 2021\_\_\_
      Joshua Mandelberger                                                                    Date