UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 21-41915-399  Chapter 13 |
| | ) | |
| JOSHUA MANDELBERGER | ) | Hearing Date: 08/04/2021 |
| | ) | Hearing Time:  9:00 am |
| | ) | Location: St. Louis, Room 5 North |
| Debtor | ) | |
| | ) | |

## WITHDRAWAL OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws all of her objections to confirmation of the 1st Amended plan previously filed in the above-referenced case.

Dated: September 07, 2021
WDOCNF--KR

/s/ Kathy Reichbach
Kathy Reichbach MO56957
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on September 07, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on September 07, 2021.

JOSHUA MANDELBERGER
4260 CASTLEMAN AVE.
SAINT LOUIS, MO  63110

/s/ Kathy Reichbach
Kathy Reichbach MO56957