UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 21-41915-399  Chapter 13 |
| JOSHUA MANDELBERGER | ) | Plan Pmt:     $1,565X2; $1,530X58 |
| | ) | Term: |
| | ) | MIN $  9,410.00 to Gen Unsec |
| Debtor | ) | 1ST AMENDED |

### CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

### CERTIFICATION

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and certifies that: the Trustee has reviewed the Debtor's schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtor has advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtor is substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: October 07, 2021
CNFORD--SI

Original Confirmation hearing set for:
August 04, 2021

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### ORDER

It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C.  § 1304(b), the Debtor is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  **The automatic stay under 11 U.S.C. § 362 and 11 U.S.C. § 1301 is terminated as to any collateral listed in 3.9(B) of the plan.**  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**DATED: October 8, 2021**
**St. Louis, Missouri**

Barry S. Schermer
**Barry S. Schermer**
**United States Bankruptcy Judge**

| 21-41915-399 | CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN | Page 2 of 2 |
|---|---|---|

Copy mailed to:

JOSHUA MANDELBERGER  
4260 CASTLEMAN AVE.  
SAINT LOUIS, MO  63110

Diana S. Daugherty, Chapter 13 Trustee  
P.O. Box 430908  
St. Louis, MO  63143

All Creditors and Parties in Interest

CONSUMER LAW CENTER OF STL  
2249 S BRENTWOOD BLVD  
BRENTWOOD, MO  63144

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 21-41915-bss
Joshua Mandelberger  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 2
Date Rcvd: Oct 08, 2021      Form ID: pdfo3      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Mandelberger, 4260 Castleman Ave., Saint Louis, MO 63110-3503 |
| 25042516 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 25058663 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 25042519 | + | Mazda Financial Services, 6400 Main Street, Suite 200, Buffalo, NY 14221-5803 |
| 25042520 | | Mercy Clinic - St. Louis, c/o Receivable Solutions, Inc, PO Box 505023, Saint Louis, MO 63150-5023 |
| 25042521 | | Mercy East, PO Box 505381, Saint Louis, MO 63150-5381 |
| 25067698 | | Mercy Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 25042522 | | Mercy Hospital - St. Louis, c/o Receivable Solutions, Inc., PO Box206153, Dallas, TX 75320-6153 |
| 25042525 | + | QC Services Limited Partnership, PO Box 3855, Houston, TX 77253-3855 |
| 25064034 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25042512 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 08 2021 22:41:14 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 25042513 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 08 2021 22:41:19 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25042515 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2021 22:41:16 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 25048172 | | Email/Text: mrdiscen@discover.com | Oct 08 2021 22:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 25042517 | + | Email/Text: mrdiscen@discover.com | Oct 08 2021 22:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25042518 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2021 22:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25042514 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2021 22:41:13 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 25058330 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2021 22:41:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25042523 | | Email/Text: ecfnotices@dor.mo.gov | Oct 08 2021 22:32:00 | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, 301 W. High Street, Jefferson City, MO 65105-0475 |
| 25042524 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 08 2021 22:32:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 25067618 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2021 22:41:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 25042526 | | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Oct 08 2021 22:32:00 | United States Attorney, 111 South 10th Street 20th Floor, Saint Louis, MO 63102 |

Case 21-41915   Doc 19   Filed 10/10/21   Entered 10/10/21 23:23:49   Imaged
Certificate of Notice   Pg 4 of 4

| District/off: 0865-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2021 | Form ID: pdfo3 | Total Noticed: 22 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Nelson Gunn | on behalf of Debtor Joshua Mandelberger generalmail@thebkco.com clcstlecf@gmail.com;stlouistbcwam@gmail.com;r51538@notify.bestcase.com |
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

TOTAL: 3