# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>JOSHUA MANDELBERGER<br>4260 CASTLEMAN AVE.<br>SAINT LOUIS, MO  63110<br>        Debtor | CASE NO: 21-41915-399<br><br>Chapter 13 |

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| CONSUMER LAW CENTER OF STL<br>2249 S BRENTWOOD BLVD<br>BRENTWOOD, MO  63144 | 2,400.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CONSUMER LAW CENTER OF STL<br>2249 S BRENTWOOD BLVD<br>BRENTWOOD, MO  63144 | 2,332.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $129.56<br>INT RATE: 0.00 |
| TOYOTA MOTOR CREDIT CORP<br>PO BOX 330<br>DBA MAZDA FINANCIAL SVCS<br>WILLIAMSVILLE, NY  14231-0330 | 0.00 | 10/Secured - Motor Vehicle<br>ACCT: 2818<br>COMM: #5/20 MAZDA CX5<br>REG PYMT: $506.00<br>INT RATE: 0.00 |
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 25,839.08 | 30/Priority<br>ACCT: 6917<br>COMM: #2/2019-20 INC TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 2
CASE NO: **21-41915-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 12,097.80 | 30/Priority<br>ACCT: X6917<br>COMM: #11/19-20'INCOME TAXES<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 4,644.05 | 40/Unsecured<br>ACCT: 2028<br>COMM: #3/CROSS RIVER BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 12,461.81 | 40/Unsecured<br>ACCT: 9763<br>COMM: #6/CAPITAL ONE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JP MORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850-5368 | 13,531.12 | 40/Unsecured<br>ACCT: 4254<br>COMM: #4<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 24,094.71 | 40/Unsecured<br>ACCT: 1750<br>COMM: #9/CITIBANK<br>Citi(R)Double Card<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 20,151.23 | 40/Unsecured<br>ACCT: 6124<br>COMM: #8/CITIBANK Costco<br>Anywhere Visa<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DISCOVER BANK<br>PO BOX 3025<br>C/O DISCOVER PRODUCTS INC<br>NEW ALBANY, OH  43054-3025 | 6,935.91 | 40/Unsecured<br>ACCT: 8937<br>COMM: #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 3
CASE NO: **21-41915-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| MERCY HEALTH<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | 967.78 | 40/Unsecured<br>ACCT: 6917<br>COMM: #7<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MERCY EAST<br>PO BOX 505381<br>ST LOUIS, MO  63150-5381 | 0.00 | 40/Unsecured<br>ACCT: 2420<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MERCY HOSPITAL ST LOUIS<br>PO BOX 206153<br>C/O RECEIVABLE SOLUTIONS<br>DALLAS, TX  75320-6153 | 0.00 | 40/Unsecured<br>ACCT: 9233<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH  44101-4982 | 8,177.12 | 40/Unsecured<br>ACCT: 2642<br>COMM: #10<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 478.43 | 40/Unsecured<br>ACCT: 6917<br>COMM: #2/PEN TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

Dated: January 31, 2022
STL_NTCPAYCLM -- LQ

/s/ Diana S. Daugherty

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 4
CASE NO: **21-41915-399**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was filed electronically on January 31, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on January 31, 2022.

JOSHUA MANDELBERGER
4260 CASTLEMAN AVE.
SAINT LOUIS, MO  63110

/s/Diana S. Daugherty
_____
Diana S. Daugherty