UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:  JOSHUA MANDELBERGER   ) Case No.  21-41915-169
                                                                            ) Chapter 13
                                                                            )
        Debtor.                                       )

**Notice of Corrected or Undeliverable Address**

    Pursuant to L.R. 9060 D., the undersigned has attempted to make service on the following entity and, after reasonable efforts to identify a corrected address, reports:

\_\_\_\_\_  The address below is undeliverable:
    Name:     JOSHUA MANDELBERGER
    Address:   4260 CASTLEMAN AVENUE
    City/State: SAINT LOUIS, MO
    Zip:        63110

 X   The corrected address for the entity identified above is:
    Name:      JOSHUA MANDELBERGER
    Address:    417 LOAN OAK DRIVE
    City/State: SAINT LOUIS, MO
    Zip:         63119

\_\_\_\_\_Despite a reasonable effort in accordance with L.R. 9060 D., the undersigned has not been able to locate a correct address for the entity identified above.

The undersigned hereby certifies that this form is not being submitted for the purpose of updating an address that was accurate at the time the petition was filed in this case, or that has previously been updated in this case.

Dated:  April 2, 2025                              Respectfully Submitted
                                                                                     THE CONSUMER LAW CENTER
                                                                                     OF SAINT LOUIS, LLC

                                                                                     ***/s/ David N. Gunn***

                                                                                     David N. Gunn, #54880MO
                                                                                     2249 South Brentwood Blvd
                                                                                     St. Louis, MO 63144
                                                                                     Tel:  314-961-9822
                                                                                     Fax:  314-961-9825
                                                                                     [generalmail@thebkco.com](mailto:generalmail@thebkco.com)