**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 21-41915** |
| **JOSHUA MANDELBERGER** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor** | ) | |

**MOTION TO RETURN ANY EXCESS FUNDS TO DEBTOR AND TO TERMINATE**
**ANY PAYROLL DEDUCTION BY EMPLOYER**

   **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and hereby moves to return any excess funds to the Debtor and to terminate any payroll deduction by Debtor's employer and states to the Court that:

1.   The Debtor has paid a total of $95,977.00 to the Trustee for the Chapter 13 plan, and
2.   All disbursements have been or will have been made according to the Chapter 13 plan on allowed claims, and
3.   The Trustee has funds up to or in excess of the Chapter 13 plan base amount, or funds in excess of the amount necessary to pay in full the claims filed with and allowed by the Court.

   **WHEREFORE** the Trustee prays the Court enter its order directing the Trustee to return any excess funds to Debtor and terminating any payroll deduction by employer.

Dated: June 01, 2026

MTNEXF--HCY

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of the foregoing document was filed electronically on June 01, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on June 01, 2026.

**21-41915**  **MOTION TO RETURN ANY EXCESS FUNDS TO DEBTOR**  **06/01/2026**
**AND TO TERMINATE ANY PAYROLL DEDUCTION BY**  **Page 2 of 2**

JOSHUA MANDELBERGER
417 LOAN OAK DR
SAINT LOUIS, MO  63119

/s/ Diana S. Daugherty

Diana S. Daugherty, Chapter 13 Trustee