**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

IN RE:                      )    **CASE NO: 21-41915**

**JOSHUA MANDELBERGER**       )

                          )    **Chapter 13**

                          )

                          )

          **Debtor**          )

### ORDER TO RETURN ANY EXCESS FUNDS AND TERMINATE ANY PAYROLL DEDUCTION

Upon the motion of the Chapter 13 Trustee, Diana S. Daugherty, and upon consideration of the record as a whole, it is hereby **ORDERED** that the Trustee is to distribute any remaining funds in accordance with the confirmed Chapter 13 plan and is to return any excess funds then remaining in her possession to the debtor.  The Trustee shall file a final report and, upon such filing, is discharged as Trustee and relieved and discharged from her bond.

The motion to terminate any payroll deduction by employer is hereby **DENIED** as moot.

**BONNIE L. CLAIR**
**Chief U.S. Bankruptcy Judge**

**DATED: June 2, 2026**
**St. Louis, Missouri**

ORDEXF--HCY
Copies Mailed To:

JOSHUA MANDELBERGER
417 LOAN OAK DR
SAINT LOUIS, MO  63119

CONSUMER LAW CENTER OF STL
2249 S BRENTWOOD BLVD
BRENTWOOD, MO  63144