**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In
re:

**Debtor(s):**
Joshua Mandelberger – See below for reported
alias information. xxx–xx–6917
– See below for reported alias information.

**Case No.: 21–41915 –B169**


**CHAPTER   13**


**NOTICE OF DEADLINE TO OBJECT TO DISCHARGE BASED ON 11 U.S.C. § § 522(q) AND 1328(h)**


**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1328(h), the Court may not grant a discharge in this case unless the Court finds that there is no reasonable cause to believe that 1) 11 U.S.C. § 522(q)(1) regarding debts arising from certain crimes, and/or an abusive bankruptcy filing in connection with a felony conviction may be applicable to the Debtor; and 2) there is any pending proceeding in which the debtor may be found guilty of a felony described in 11 U.S.C. § 522(q)(1)(A) which, under the circumstances, demonstrates that the filing of the bankruptcy case was an abuse of the Bankruptcy Code, or, there is pending any proceeding in which the Debtor may be found liable for a debt involving i) certain crimes involving or related to state or federal securities laws, regulations, and/or orders; ii) violation of the federal Racketeer Influenced and Corrupt Organizations Act; or iii) any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years. *See* 11 U.S.C. § § 522(q) and 1328(h).

**PLEASE TAKE FURTHER NOTICE** that if the Debtor is otherwise entitled to a discharge and you have a good faith belief that the grounds set forth in ONLY 11 U.S.C. § 1328(h) exist in this case for not granting a discharge, you MUST file an objection to the granting of a discharge to the Debtor on or before June 16, 2026 or the Court will enter the Debtor's discharge without any further notice or hearing. This does NOT extend the general deadline for objecting to the entry of a discharge on any other grounds.

FOR THE COURT:

/s/Dana C. McWay
Clerk of Court

Dated: 6/3/26

**Reported Alias Information:**
Joshua Mandelberger –

–

Rev. 01/09