**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                                    **Case No.: 21–41915  –  B169**
 Joshua Mandelberger                                          **Chapter:   13**

**Debtor(s):**

### NOTICE OF REQUIREMENT TO FILE CERTIFICATION OF DOMESTIC SUPPORT OBLIGATIONS

**PLEASE TAKE NOTICE** that under 11 U.S.C. § 1328(a), before the Court may issue a discharge in this case, you (each debtor in a joint case) must certify either that (1) you have paid all domestic support obligations due through the date of your certification, or (2) you have not owed any domestic support obligations at the time your petition was filed or since then. You may make this certification by completing the attached form and filing it with the Bankruptcy Court. You must file this certification on or before June 24, 2026 or your case may be closed without discharge. If you thereafter seek to reopen your case to file required documents and request a discharge, you will be required to pay a reopening fee.

**PLEASE TAKE FURTHER NOTICE** that unless an approved provider of an instructional course concerning personal financial management has notified the Court that you (each debtor in a joint case) have completed the course after filing the petition, you (each debtor in a joint case) must also file a certificate of completion of a post–petition financial management course before the Court can issue a discharge. If the course provider has not notified the Court of course completion, you should file your certificate(s) of post–petition financial management promptly.

FOR THE COURT:

/s/Dana C. McWay
Clerk of Court

**Dated:** 6/3/26
**St. Louis, Missouri**
**Rev.** 01/22 dso

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**
 Joshua Mandelberger

**Case No.: 21–41915   –   B169**
**Chapter:   13**

**Debtor(s):**

### CERTIFICATION OF
### DOMESTIC SUPPORT OBLIGATIONS

The undersigned Debtor hereby certifies under penalty of perjury: (check appropriate box).

☐  I have paid all amounts due under a domestic support obligation order as provided in 11 U.S.C. §1328(a), §1228(a), or §1192, as applicable, as of the date of this certification;

☐ I did not have a domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

By signing below, I further certify that the information contained in this certification is true and accurate under penalty of perjury and, if required, that I served (mailed) a copy of this document to each person entitled to receive domestic support obligations from me. Those persons are listed below.

Date:_____

Signed:_____

Debtor's Printed Name:_____
(In a joint case, each debtor must sign and file a separate form)

Domestic Support Recipient(s):

    Name: _____
Address: _____
        _____

    Name: _____
Address: _____
        _____

Rev. 01/22 dso