**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 21-41915** |
| **JOSHUA MANDELBERGER** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| Debtor | ) | |

**ORDER TO RETURN ANY EXCESS FUNDS AND TERMINATE ANY PAYROLL
DEDUCTION**

Upon the motion of the Chapter 13 Trustee, Diana S. Daugherty, and upon consideration of the record as a whole, it is hereby **ORDERED** that the Trustee is to distribute any remaining funds in accordance with the confirmed Chapter 13 plan and is to return any excess funds then remaining in her possession to the debtor. The Trustee shall file a final report and, upon such filing, is discharged as Trustee and relieved and discharged from her bond.

The motion to terminate any payroll deduction by employer is hereby **DENIED** as moot.

**DATED: June 2, 2026**
**St. Louis, Missouri**

**BONNIE L. CLAIR**
**Chief U.S. Bankruptcy Judge**

ORDEXF--HCY
Copies Mailed To:

JOSHUA MANDELBERGER
417 LOAN OAK DR
SAINT LOUIS, MO  63119

CONSUMER LAW CENTER OF STL
2249 S BRENTWOOD BLVD
BRENTWOOD, MO  63144

United States Bankruptcy Court

Eastern District of Missouri

In re:                                                                                    Case No. 21-41915-blc

Joshua Mandelberger                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4                          User: admin                                Page 1 of 1

Date Rcvd: Jun 02, 2026                   Form ID: pdfo2                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joshua Mandelberger, 417 Loan Oak Drive, Saint Louis, MO 63119-1321 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Nelson Gunn | on behalf of Debtor Joshua Mandelberger generalmail@thebkco.com  clcstlecf@gmail.com;r51538@notify.bestcase.com |
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

TOTAL: 3