**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| **In**  **Debtor(s):** | |
| **re:**  Joshua Mandelberger − See below for reported alias information. xxx−xx−6917 − See below for reported alias information. | **Case No.: 21−41915 −B169** |
| | **CHAPTER   13** |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE BASED ON 11 U.S.C. § § 522(q) AND 1328(h)

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1328(h), the Court may not grant a discharge in this case unless the Court finds that there is no reasonable cause to believe that 1) 11 U.S.C. § 522(q)(1) regarding debts arising from certain crimes, and/or an abusive bankruptcy filing in connection with a felony conviction may be applicable to the Debtor; and 2) there is any pending proceeding in which the debtor may be found guilty of a felony described in 11 U.S.C. § 522(q)(1)(A) which, under the circumstances, demonstrates that the filing of the bankruptcy case was an abuse of the Bankruptcy Code, or, there is pending any proceeding in which the Debtor may be found liable for a debt involving i) certain crimes involving or related to state or federal securities laws, regulations, and/or orders; ii) violation of the federal Racketeer Influenced and Corrupt Organizations Act; or iii) any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years. *See* 11 U.S.C. § § 522(q) and 1328(h).

**PLEASE TAKE FURTHER NOTICE** that if the Debtor is otherwise entitled to a discharge and you have a good faith belief that the grounds set forth in ONLY 11 U.S.C. § 1328(h) exist in this case for not granting a discharge, you MUST file an objection to the granting of a discharge to the Debtor on or before June 16, 2026 or the Court will enter the Debtor's discharge without any further notice or hearing. This does NOT extend the general deadline for objecting to the entry of a discharge on any other grounds.

FOR THE COURT:

/s/Dana C. McWay
Clerk of Court

Dated: 6/3/26

**Reported Alias Information:**
Joshua Mandelberger −
−

Rev. 01/09

United States Bankruptcy Court

Eastern District of Missouri

In re:

Joshua Mandelberger

    Debtor

Case No. 21-41915-blc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0865-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2026 | Form ID: 522q13 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Mandelberger, 417 Loan Oak Drive, Saint Louis, MO 63119-1321 |
| 25042520 | | Mercy Clinic - St. Louis, c/o Receivable Solutions, Inc, PO Box 505023, Saint Louis, MO 63150-5023 |
| 25042522 | | Mercy Hospital - St. Louis, c/o Receivable Solutions, Inc., PO Box206153, Dallas, TX 75320-6153 |
| 25042525 | + | QC Services Limited Partnership, PO Box 3855, Houston, TX 77253-3855 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25042512 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 03 2026 23:54:58 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 25042513 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2026 23:54:58 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25042514 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 03 2026 23:54:57 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 25042515 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2026 23:55:12 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 25042516 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2026 23:55:12 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 25048172 | | Email/Text: mrdiscen@discover.com | Jun 03 2026 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 25042517 | + | Email/Text: mrdiscen@discover.com | Jun 03 2026 23:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25042518 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 03 2026 23:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25058663 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 03 2026 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 25058330 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 23:55:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25042519 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 03 2026 23:57:00 | Mazda Financial Services, 6400 Main Street, Suite 200, Buffalo, NY 14221-5803 |
| 25042521 | | Email/Text: MercyVBOBankruptcy@Mercy.Net | Jun 03 2026 23:57:00 | Mercy East, PO Box 505381, Saint Louis, MO 63150-5381 |
| 25067698 | | Email/Text: BNCnotices@dcmservices.com | Jun 03 2026 23:57:00 | Mercy Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 25042523 | | Email/Text: ecfnotices@dor.mo.gov | Jun 03 2026 23:57:00 | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, 301 W. High Street, Jefferson City, MO 65105-0475 |
| 25042524 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

District/off: 0865-4                                   User: admin                                        Page 2 of 2
Date Rcvd: Jun 03, 2026                               Form ID: 522q13                                 Total Noticed: 22

|  |  | Jun 03 2026 23:57:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 25067618 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2026 23:55:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 25064034 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 03 2026 23:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 25042526 | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Jun 03 2026 23:57:00 | United States Attorney, 111 South 10th Street 20th Floor, Saint Louis, MO 63102 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David Nelson Gunn | on behalf of Debtor Joshua Mandelberger generalmail@thebkco.com  clcstlecf@gmail.com;r51538@notify.bestcase.com |
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

TOTAL: 3