**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                                    **Case No.: 21–41915  –  B169**
 Joshua Mandelberger                                   **Chapter:  13**

**Debtor(s):**

**NOTICE OF REQUIREMENT TO FILE CERTIFICATION OF**
**DOMESTIC SUPPORT OBLIGATIONS**

**PLEASE TAKE NOTICE** that under 11 U.S.C. § 1328(a), before the Court may issue a discharge in this case, you (each debtor in a joint case) must certify either that (1) you have paid all domestic support obligations due through the date of your certification, or (2) you have not owed any domestic support obligations at the time your petition was filed or since then. You may make this certification by completing the attached form and filing it with the Bankruptcy Court. You must file this certification on or before June 24, 2026 or your case may be closed without discharge. If you thereafter seek to reopen your case to file required documents and request a discharge, you will be required to pay a reopening fee.

**PLEASE TAKE FURTHER NOTICE** that unless an approved provider of an instructional course concerning personal financial management has notified the Court that you (each debtor in a joint case) have completed the course after filing the petition, you (each debtor in a joint case) must also file a certificate of completion of a post–petition financial management course before the Court can issue a discharge. If the course provider has not notified the Court of course completion, you should file your certificate(s) of post–petition financial management promptly.

FOR THE COURT:

/s/Dana C. McWay
Clerk of Court

**Dated:** 6/3/26
**St. Louis, Missouri**
**Rev.** 01/22 dso

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                               **Case No.: 21–41915  –  B169**
 Joshua Mandelberger                          **Chapter:  13**

**Debtor(s):**

### CERTIFICATION OF
### DOMESTIC SUPPORT OBLIGATIONS

The undersigned Debtor hereby certifies under penalty of perjury: (check appropriate box).

☐  I have paid all amounts due under a domestic support obligation order as provided in 11 U.S.C. §1328(a), §1228(a), or §1192, as applicable, as of the date of this certification;

☐ I did not have a domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

By signing below, I further certify that the information contained in this certification is true and accurate under penalty of perjury and, if required, that I served (mailed) a copy of this document to each person entitled to receive domestic support obligations from me. Those persons are listed below.


Date:_____          Signed:_____

                                                      Debtor's Printed Name:_____
                                                      (In a joint case, each debtor must sign and file a
                                                      separate form)


Domestic Support Recipient(s):

    Name: _____
Address: _____
             _____


    Name: _____
Address: _____
             _____


Rev. 01/22 dso

United States Bankruptcy Court

Eastern District of Missouri

In re:

Joshua Mandelberger

    Debtor

Case No. 21-41915-blc

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 03, 2026 | Form ID: dso | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

**Recip ID**        **Recipient Name and Address**
db           + Joshua Mandelberger, 417 Loan Oak Drive, Saint Louis, MO 63119-1321

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Nelson Gunn | on behalf of Debtor Joshua Mandelberger generalmail@thebkco.com  clcstlecf@gmail.com;r51538@notify.bestcase.com |
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

TOTAL: 3