**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:                                                      Case No.: 21-41915  –  B169
 Joshua Mandelberger                                        Chapter:  13

Debtor(s):

## CERTIFICATION OF
## DOMESTIC SUPPORT OBLIGATIONS

The undersigned Debtor hereby certifies under penalty of perjury: (check appropriate box).

☐ I have paid all amounts due under a domestic support obligation order as provided in 11 U.S.C. §1328(a), §1228(a), or §1192, as applicable, as of the date of this certification;

☑ I did not have a domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

By signing below, I further certify that the information contained in this certification is true and accurate under penalty of perjury and, if required, that I served (mailed) a copy of this document to each person entitled to receive domestic support obligations from me. Those persons are listed below.

Date: 6/5/2026                              Signed: _____

                                            Debtor's Printed Name: Joshua Mandelberger
                                            (In a joint case, each debtor must sign and file a
                                            separate form)

Domestic Support Recipient(s):

    Name: _____
    Address: _____

            _____

    Name: _____
    Address: _____

            _____

Rev. 01/22 dso