**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                                        **Case No.: 21–41915 – B169**

Joshua Mandelberger                                  **Chapter: 13**

**Debtor(s)**

## ORDER DISCHARGING DEBTOR(S)
## AFTER COMPLETION OF CHAPTER 13 PLAN

The court finds that the debtor(s) filed a petition under title 11, United States Code, on May 19, 2021; that the debtor(s)' plan has been confirmed; and that the debtor(s) has/have fulfilled all requirements under the plan and the applicable provisions of 11 U.S.C. Section 1328.

IT IS ORDERED THAT:

1. Pursuant to 11 U.S.C. Section 1328(a), the debtor(s) is/are discharged from all debts provided for by the plan or disallowed under 11 U.S.C. Section 502, except any debt:

   (a) provided for under 11 U.S.C. Section 1322(b)(5)and on which the last payment is due after the date on which the final payment under the plan was due;

   (b) in the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. Section 523(a)(5);

   (c) for a student loan or educational benefit overpayment as specified in 11 U.S.C. Section 523(a)(8);

   (d) for a death or personal injury caused by the debtor's unlawful operation of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. Section 523(a)(9), in a case commenced on or after November 15, 1990;

   (e) for restitution, or a criminal fine, included in a sentence on debtor's conviction of a crime; or

   (f) for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual.

2. Pursuant to 11 U.S.C. Section 1328(d), a debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. Section 1305(a)(2) if prior approval by the trustee of the debtor's incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of title 11, United States Code, a debtor is not discharged from any debt made non–dischargeable by 18 U.S.C. Section 3613(f), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, or by any other applicable provision of law.

4. The holder of any claim for unpaid pre–petition child support is entitled to have the Trustee provide such creditor with notice of the creditor's right to use the services of the state child support enforcement agency and supply such creditor with the address and telephone number of the state child support enforcement agency and an explanation of the creditor's rights to payment in the bankruptcy case. Any creditor may request such notice and information by writing the Trustee. Such creditor is further entitled to have the Trustee provide the creditor with (i) notice of the granting of the discharge, (ii) any last known address of the debtor, (iii) the debtor's most recent employer, and (iv) information concerning other claims on which the debtor may be liable following the discharge. Failure to request such information from the Trustee shall be a waiver of the right to receive such notice from the Trustee.

5. All creditors are prohibited from attempting to collect any debt that has been discharged in this case. This discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**BY THE COURT**

**U.S. Bankruptcy Judge**

**Dated:** 6/17/26
**St. Louis, Missouri**
**Rev. 12/18 3180W**

United States Bankruptcy Court

Eastern District of Missouri

In re:                                                                 Case No. 21-41915-blc

Joshua Mandelberger                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0865-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Mandelberger, 417 Loan Oak Drive, Saint Louis, MO 63119-1321 |
| 25042520 | | Mercy Clinic - St. Louis, c/o Receivable Solutions, Inc, PO Box 505023, Saint Louis, MO 63150-5023 |
| 25042522 | | Mercy Hospital - St. Louis, c/o Receivable Solutions, Inc., PO Box206153, Dallas, TX 75320-6153 |
| 25042525 | + | QC Services Limited Partnership, PO Box 3855, Houston, TX 77253-3855 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25042512 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 19 2026 00:00:18 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 25042513 | + | EDI: CAPITALONE.COM | Jun 19 2026 03:43:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25042514 | + | EDI: JPMORGANCHASE | Jun 19 2026 03:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 25042515 | + | EDI: CITICORP | Jun 19 2026 03:43:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 25042516 | + | EDI: CITICORP | Jun 19 2026 03:43:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 25048172 | | EDI: DISCOVER | Jun 19 2026 03:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 25042517 | + | EDI: DISCOVER | Jun 19 2026 03:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25042518 | | EDI: IRS.COM | Jun 19 2026 03:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25058663 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 18 2026 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 25058330 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2026 00:00:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25042519 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 18 2026 23:53:00 | Mazda Financial Services, 6400 Main Street, Suite 200, Buffalo, NY 14221-5803 |
| 25042521 | | Email/Text: MercyVBOBankruptcy@Mercy.Net | Jun 18 2026 23:53:00 | Mercy East, PO Box 505381, Saint Louis, MO 63150-5381 |
| 25067698 | | Email/Text: BNCnotices@dcmservices.com | Jun 18 2026 23:53:00 | Mercy Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 25042523 | | Email/Text: ecfnotices@dor.mo.gov | Jun 18 2026 23:53:00 | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, 301 W. High Street, Jefferson City, MO 65105-0475 |
| 25042524 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

|  |  | Jun 18 2026 23:53:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 25067618 | EDI: PRA.COM | | |
|  |  | Jun 19 2026 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 25064034 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
|  |  | Jun 18 2026 23:53:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 25042526 | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | | |
|  |  | Jun 18 2026 23:52:00 | United States Attorney, 111 South 10th Street 20th Floor, Saint Louis, MO 63102 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Nelson Gunn | on behalf of Debtor Joshua Mandelberger generalmail@thebkco.com  clcstlecf@gmail.com;r51538@notify.bestcase.com |
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

TOTAL: 3